RANDY RUMPH SBN 232235
218 H. St.
BAKERSFIELD, CA, 93304
Telephone 322-4600
Attorneys for Plaintiff JONATHAN ARTHURS

John R. Szewczyk, SBN 109981
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Telephone:  (661) 322-6023
Facsimile:  (661) 322-3508
Attorneys for Defendant
CITY OF BAKERSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JONATHAN ARTHURS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF BAKERSFIELD,<br>and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 1:15-CV-00788-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE<br><br>(Doc. 19)<br><br>**Hon. Jennifer L. Thurston** |

Plaintiff JONATHAN ARTHURS ("Plaintiff" and/or "Arthurs"), and Defendant CITY OF BAKERSFIELD "Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1.     Counsel for Defendant, John R. Szewczyk, has encountered a conflict in dates with respect to the currently scheduled Pre-Trial Conference now set for January 30, 2017. Counsel will be out of state for the week leading up to, and actually travelling on the currently scheduled date of January 30, 2017. This effectively leaves Counsel for Defendant unable to

proceed with the currently set Pre-Trial Conference on January 30th.

2. In view of the unavailability of Defense Counsel, and after discussion with Plaintiff's Counsel, all Counsel have agreed to a continuance with regard to the pending Pre-Trial Conference to February 6, 2017 at a time to be set by the Court. Therefore all parties, through their respective attorneys of record, are hereby requesting a short continuance of the current Pre-Trial Conference date.

3. Accordingly, all parties hereby stipulate that the Pre-Trial date currently set for January 30, 2017 before Judge Thurston David Lampe be vacated and continued to February 6, 2017.

IT IS SO STIPULATED.

LAW OFFICES OF RANDY RUMPH

Date: January 19, 2017           By:  _____/s/_____
                                      Randy Rumph, Esq.
                                      Attorneys for Plaintiff Jonathan Arthurs

CLIFFORD & BROWN

Date: January 19, 2017           By:  _____/s/_____
                                      John R. Szewczyk, Esq.
                                      Attorneys for Defendant
                                      City of Bakersfield

**ORDER**

IT IS SO ORDERED.

Dated: __January 22, 2017__        _____/s/ Jennifer L. Thurston__
                                                                          UNITED STATES MAGISTRATE JUDGE