# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ARTHURS, | ) Case No.: 1:15-CV-0788- JLT |
| Plaintiff, | ) |
| | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) |
| CITY OF BAKERSFIELD, | ) |
| Defendants. | ) |

On February 3, 2017, the plaintiff notified the Court that the matter has settled. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **March 20, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **February 6, 2017**              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE